IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DERRICK D. HENDERSON, #1422462 | § | |
| VS. | § | CIVIL ACTION NO. 6:17cv320 |
| LORIE DAVIS, ET AL. | § | |

ORDER

The Court has reviewed Plaintiff's objections, (Dkt. #15), and based upon these objections, it is hereby **ORDERED** that the Report and Recommendation, (Dkt. #13), is hereby **WITHDRAWN**.

**So ORDERED and SIGNED this 8th day of February, 2018.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE